**DENY; and Opinion Filed August 23, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00615-CV

## IN RE INTERNATIONAL HOSPITAL CORPORATION HOLDING N.V., Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06257**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Fillmore, and Schenck
Opinion by Justice Schenck

Before the Court is relator's petition for writ of mandamus in which it seeks relief from the trial court's July 10, 2015 abatement order and the trial court's March 29, 2016 denial of relator's motion to lift abatement. The facts and issues are well known to the parties, so we need not recount them here.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relator's petition for writ of mandamus.

/s/ David Schenck
DAVID SCHENCK
JUSTICE

160615F.P05